# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13 CV 60

| | |
|---|---|
| SANDRA PRESSLEY and DEAN PRESSLEY, | ) )  ) |
| Plaintiffs | ) ) |
| V | )  **ORDER** |
| | ) |
| BIRD BRAIN, INC. and WAL-MART STORES EAST, LP, | ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Scott M. Anderson's Application for Admission to Practice *Pro Hac Vice* of Matthew R. Chapman. It appearing that Matthew R. Chapman is a member in good standing with the Illinois State Bar and will be appearing with Scott M. Anderson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Scott M. Anderson's Application for Admission to Practice *Pro Hac Vice* (#6) of Matthew R. Chapman is

**GRANTED**, and that Matthew R. Chapman is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Scott M. Anderson.

Signed: April 4, 2013

Dennis L. Howell
United States Magistrate Judge