THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00060-MR-DLH

| | |
|---|---|
| SANDRA PRESSLEY and DEAN PRESSLEY,<br><br>    Plaintiffs,<br>vs.<br><br>BIRD BRAIN, INC. and WAL-MART STORES EAST, LP,<br><br>    Defendants,<br>and<br><br>WAL-MART STORES EAST, LP,<br><br>    Third Party Plaintiff,<br>vs.<br><br>SUSIE W. GIBSON, a/k/a Vivian Y. Gibson,<br><br>    Third Party Defendant. | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Motion for Entry of Default Judgment against Bird Brain, Inc. [Doc. 17].

The Plaintiffs move pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure for the entry of a default judgment against the Defendant Bird Brain, Inc. [Doc. 17]. The Plaintiffs, however, have not yet moved for

the entry of a default against this Defendant. In order to obtain a default judgment, the Plaintiffs must first seek an entry of default pursuant to Rule 55(a). Once the Clerk of Court has entered a default against the Defendant, the Plaintiffs may then seek the entry of a default judgment. See Fed. R. Civ. P. 55(b). Accordingly, the Plaintiffs' motion for the entry of a default judgment is premature.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion for Entry of Default Judgment against Bird Brain, Inc. [Doc. 17] is **DENIED** as premature.

**IT IS SO ORDERED.**

Signed: May 30, 2013

Martin Reidinger
United States District Judge