THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00060-MR-DLH

| | |
|---|---|
| SANDRA PRESSLEY and DEAN PRESSLEY, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>BIRD BRAIN, INC. and WAL-MART STORES EAST, LP, )<br>)<br>Defendants, )<br>and )<br>)<br>WAL-MART STORES EAST, LP, )<br>)<br>Third Party Plaintiff, )<br>vs. )<br>)<br>SUSIE W. GIBSON, a/k/a Vivian Y. Gibson, )<br>)<br>Third Party Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Defendant Bird Brain, Inc.'s unopposed Motion to Set Aside Entry of Default [Doc. 30].

In light of the consent of the other parties to this matter, and for good cause shown,

**IT IS, THEREFORE, ORDERED** that Defendant Bird Brain, Inc.'s unopposed Motion to Set Aside Entry of Default [Doc. 30] is **GRANTED**. Defendant Bird Brain shall file its Answer to the Plaintiff's Amended Complaint within ten (10) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: July 29, 2013

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge